Christopher H. Byrd, Esq. (Bar No. 1633)
Mary E. Bacon, Esq. (Bar No. 12686)
FENNEMORE CRAIG, P.C.
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8079
Email:  mbacon@fclaw.com
        cbyrd@fclaw.com

Attorneys for Defendant
*Kanawha Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ANDREA BAKER, | Case No.: 2:17-cv-00266 |
|---|---|
| Plaintiff, | |
| v. | |
| KANAWHA INSURANCE COMPANY, a South Carolina Corporation. | |
| Defendant. | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Andrea Baker ("Plaintiff") and Defendant, Kanawha Insurance Company ("Kanawha"), by and through their undersigned counsel of record, as follows:

1. That this matter shall be dismissed against Kanawha with prejudice;

2. That all claims that were or could have been brought by Plaintiff against Kanawha, or any of them, shall be dismissed with prejudice;

/ / /

/ / /

FENNEMORE CRAIG, P.C.
LAS VEGAS

3. That all parties shall bear their own costs and attorney's fees.

Dated this 23rd day of March, 2017.          Dated this 22 day of March, 2017.

**FENNEMORE CRAIG, P.C.**                    **LAW OFFICES OF STEVEN J. PARSONS**

By: _____                  By: _____
Christopher H. Byrd, Esq. (Bar No. 1633)     Steven J. Parsons (Bar No. 363)
Mary E. Bacon, Esq. (Bar No. 12686)          Joseph N. Mott (Bar No. 12455)
300 South Fourth St. 14th Floor              10091 Park Run Drive, Suite 200
Las Vegas, NV 89101                          Las Vegas, NV 89145-8868
*Attorney for Defendant*                     *Attorneys for Plaintiff*
*Kanawha Insurance Company*                  *Andrea Baker*

## ORDER

**IT IS SO ORDERED.**

Dated:   March 24, 2017

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**FENNEMORE CRAIG, P.C.**

_____
Christopher H. Byrd, Esq. (Bar No. 1633)
Mary E. Bacon, Esq. (Bar No. 12686)
300 South Fourth St. 14th Floor
Las Vegas, NV 89101
*Attorney for Defendant*
*Kanawha Insurance Company*